UNITED STATES BANKRUPTCY COURT
EASENTEREN DISTRICT OF WISCONSIN

_____

In the Matter of:                                          Chapter 13
FRANS DEBOER                                          Case No.   13-25847-GMH

       Debtor.
_____

### NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

**Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **December 12, 2017 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

       Dated at Milwaukee, Wisconsin, on November 29, 2017.

       /s/_____
       Scott Lieske, Trustee
       Robert W. Stack, Staff Attorney
       Christopher D. Schimke, Staff Attorney
       Sandra M. Baner, Staff Attorney
       Chapter 13 Standing Trustee
       P.O. Box 510920
       Milwaukee, Wisconsin 53203
       T:  (414) 271-3943
       F:  (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
FRANS DEBOER

          Debtor.

Chapter 13
Case No. 13-25847-GMH

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

---

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

    The proposed plan is not substantiated by a budget.

    The debtor will be unable to make all the payments under the proposed plan or to otherwise comply with the terms of the proposed plan.  11 U.S.C. §1325(a)(6).

    The amended plan proposes a $1,600.00 per month payment.  The only budget on file shows disposable income of $695.00 per month.

    Dated at Milwaukee, Wisconsin, on November 29, 2017

                      OFFICE OF CHAPTER 13 TRUSTEE

                      /s/_____
                      Scott Lieske, Chapter 13 Trustee
                      Robert W. Stack, Staff Attorney
                      Christopher D. Schimke, Staff Attorney
                      Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:            Chapter 13
FRANS DEBOER            Case No. 13-25847-GMH

        Debtor.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2017, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE
        NICKOLAI & POLETTI, LLC

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

        FRANS DEBOER
        1240A NORTH 46TH STREET
        MILWAUKEE, WI 53208

      Dated:    November 29, 2017

                                                               /s/_____
                                                              Jolene Parker
                                                              Administrative Assistant
                                                              Office of the Chapter 13 Trustee
                                                              P.O. Box 510920
                                                              Milwaukee, WI 53203
                                                              T:  (414) 271-3943
                                                              F:  (414) 271-9344